IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
SHARON KERSTETER : CASE NO. 1-17-02678-HWV
fka SHARON MOORE :
Debtor : CHAPTER 13

*******************************************************************

**SUMMARY COVER SHEET**
**FEES AND EXPENSES APPLICATION**
**AS CHAPTER 13 ADMINISTRATIVE EXPENSES (FINAL)**

a. Your applicant was appointed on _____N/A_____,

   based on an application filed _____N/A_____.

b. Your applicant represents _____Debtor_____.

c. This application is an _____interim application_____

   (state whether interim or final application).

d. The total amount of compensation for which reimbursement is sought is $1,087.00 and is

   for the period from ___September 29, 2021___ to ___November 2, 2022___.

e. The total amount of expenses for which reimbursement is sought is $46.12 and is for the

   period from ___September 29, 2021___ to ___November 2, 2022___.

f. The dates and amounts of any retainer received are __See Initial Fee Application__.

g. The dates and amounts of withdrawals from the retainer by the Applicant are __Deducted as part of Initial Fee Application__.

h. The dates and amounts of previous compensation allowed are:

   __2/2/18-$3,733.60; 12/7/18-$3,830.85; 7/13/20-$2,115.90; 10/29/21-$1,401.73__.

i. The dates and amounts of previous compensation paid are:

   _____See Trustee's Case Report attached as Exhibit "C"_____.

j. There are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

Applicant's Signature

Gary J. Imblum, Esquire

DATED: __11/07/2022__

LOCAL BANKRUPTCY FORM 2016-2(b)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SHARON KERSTETER
fka SHARON MOORE

: CHAPTER 13
:
: CASE NO. 1-17-bk-02678-HWV
:
:
Debtor(s) :

APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

(Name of applicant) Imblum Law Offices, P.C. applies for approval of compensation as Chapter 13 Debtor(s)' counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1. Applicant is counsel for Debtor(s).

2. Debtor(s) filed a petition for bankruptcy relief on June 28, 2017 (date).

3. Applicant previously filed a Disclosure of Compensation of Attorney for Debtor(s) pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A" to this Application.

4. Debtor(s) and Applicant have executed a Rights and Responsibilities Agreement and a copy of the Agreement was provided to Debtor(s).

5. This Application is interim (state whether an interim or a final application).

6. (Check all applicable items)

    ☑ a.  Debtor(s)' Chapter 13 Plan was confirmed on June 14, 2018 (date).

    ☑ b.  The order approving the last post-confirmation modification of Debtor(s)' confirmed Chapter 13 plan was entered on August 3, 2021 (date).

    ☐ c.  Debtor(s) have not confirmed a Plan.

7. The dates and amounts of previous compensation paid are:

    a.  as a retainer see Initial Fee Application (list dates and amounts);

    b.  paid by the Chapter 13 Trustee through a confirmed Plan see Trustee's Case Report attached as Exhibit "C" (list dates and amounts);

    c.  other _____
       (describe source, amount and date paid).

8. Compensation previously approved by the Court following the filing of an interim Application are: 2/2/18 - $3,773.60; 12/7/20 - $3,830.85; 7/13/20 - $2,115.90; 10/29/21-$1,401.73

_____ *(dates and amounts)*.

9. If Applicant has not agreed with Debtor(s) to accept the Presumptively Reasonable Fee ("PRF"), or is filing a supplemental fee application after confirmation of the Plan in addition to the PRF, Applicant requests compensation in the amount of $ 1,087.00 and reimbursement of expenses in the amount of $ 46.12 for the period of September 29, 2021 to November 2, 2022. A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as Exhibit "B" to this Application.

10. Legal services were provided by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

11. *(Check one)*

   [✓] Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

   [ ] Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

   [ ] Debtor(s) have not reviewed this Application prior to its filing.

   [ ] Debtor(s) have not approved the requested amounts.

12. Objections are pending to the following prior fee applications: *(list date application was filed and name of objector, if no objections pending state "none")*.
   none

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $ 1,087.00 and reimbursement of expenses in the amount of $ 46.12 pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Dated: 11/07/2022

Applicant's Signature